# Exhibit A

# INDEX OF STATE COURT DOCUMENTS

Cause No. C-748046

## Houghtaling Law Firm, LLC v Newrez LLC

19th Judicial District of Parish of East Baton Rouge, Louisiana

| 1. | 06/14/2024 | Docket |
|---|---|---|
| 2. | 06/21/2024 | Answer |
| 3. | 05/23/2024 | Citation Return Newrez LLC |
| 4. | 05/22/2024 | Service on NewRez |
| 5. | 05/14/2024 | Citation Newrez LLC |
| 6. | 05/13/2024 | Civil Case Reporting Form |
| 7. | 05/13/2024 | Plaintiff's Original Petition with Exhibits |

Clerk Connect - East Baton Rouge Parish     Menu      Robert Hudson - LORI MARTIN

BACK TO PREVIOUS PAGE

# C-748046
# HOUGHTALING LAW FIRM, LLC VS NEWREZ, LLC

Minutes     PURCHASE PDF

**Date Filed:** 05/13/2024   **Kind:** Civil   **Division:** 24
**Date Last Active:** 05/23/2024   **Cause:** DM-Damages   **Suit Status:** Active
**Judge:** JOHNSON, DONALD R.

**CHRONOLOGICAL HISTORY (5)**   PARTIES (2)   ATTORNEYS (1)   MINUTES (0)   COURT EVENTS (0)

| Date | Type (All) | Description | Filed By |
|---|---|---|---|
| 05/23/2024 | | SERVICE RETURN FEE - NEWREZ, LLC | WHELEN, CHRISTOPHER T. |
| 05/22/2024 | Service Return | Intended For: NEWREZ, LLC<br>Item Served: CIT-CIV 2000<br>Served How: Corporation Services | |
| 05/14/2024 | Document | CIT-CIV 2000 - NEWREZ, LLC | |
| 05/13/2024 | | CIVIL CASE REPORTING FORM | WHELEN, CHRISTOPHER T. |
| 05/13/2024 | | PET- DAMAGES -CIV | WHELEN, CHRISTOPHER T. |

Version#3.0.35

Privacy · Terms

**19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

NO. C-748046 "24"                                     DIVISION: B

**HOUGHTALING LAW FIRM, LLC**

**V.**

**NEWREZ, LLC**

FILED: _____         _____
                                                                    **DEPUTY CLERK**

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES**

Defendant NewRez, LLC ("NewRez") files its Answer and Affirmative Defenses to Plaintiff Houghtaling Law Firm, LLC's ("Plaintiff") Petition for Declaratory Judgment and Damages (the "Petition") and would respectfully show as follows:

**ANSWER**

1.

No response is required to Paragraph 1 of the Petition.

2.

NewRez admits the allegations contained in Paragraph 2 of the Petition.

3.

Paragraph 3 of the Petition calls for a legal conclusion, and therefore a response is not required.

4.

Paragraph 4 of the Petition calls for a legal conclusion, and therefore a response is not required.

5.

NewRez denies the allegations contained in Paragraph 5 of the Petition.

6.

NewRez admits the allegations contained in Paragraph 6 of the Petition.

7.

NewRez lacks knowledge sufficient to respond to the allegations contained in Paragraph 7 of the Petition.

8.

NewRez admits it did not obtain settlement funds on behalf of Mr. Luminais but denies any implication that it had a duty to obtain settlement funds on behalf of Mr. Luminais.

9.

NewRez admits the settlement funds were deposited into Mr. Luminais's escrow account. NewRez denies that it is still in possession of the settlement funds, as they were all disbursed to the borrowers.

10.

Paragraph 10 of the Petition calls for a legal conclusion, and therefore a response is not required.

11.

NewRez denies the allegations contained in Paragraph 11 of the Petition and specifically denies that authorization from the borrowers to release any settlement funds to Plaintiff was provided to NewRez prior to the funds being disbursed to the borrowers.

12.

NewRez denies the allegations contained in Paragraph 12 of the Petition.

13.

NewRez denies that Plaintiff is entitled to the relief sought in Paragraph 13 of the Petition, including all its subparts.

**AFFIRMATIVE DEFENSES**

1.

Some or all of Plaintiff's claims fail due to failure to satisfy all conditions precedent to recovery.

2.

Some or all of Plaintiff's claims fail due to the doctrine of unclean hands.

3.

Some or all of Plaintiff's claims are barred because the attorneys' fees sought are unreasonable as a matter of law.

4.

Some or all of Plaintiff's claims are barred due to waiver, laches, and/or estoppel.

For these reasons, Defendant Newrez LLC respectfully requests Plaintiff take nothing by this suit, and for such other and further relief to which it may be justly entitled.

RESPECTFULLY SUBMITTED this 21st day of June, 2024.

_____
Melissa Gutierrez Alonso (Louisiana Bar Roll No. 38010)
malonso@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
600 Travis St., Ste. 5600
Houston, TX 77002
Telephone: (713) 576-0300
Facsimile: (713) 576-0301
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024, I served a copy of the foregoing via first-class U.S. Mail, postage prepaid, and electronic mail to the following:

Stephen M. Huber
Logan E. Schonekas
Christopher T. Whelen
Taylor M. Bologna
Huber Thomas, LLP
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
**Counsel for Plaintiff**

_____
Melissa Gutierrez Alonso

3

4871-5285-7799.1



Clerk Connect - East Baton Rouge Parish

(/Content/Help/helpv7.pdf)

**RETURN COPY**



D14197909

# CITATION

HOUGHTALING LAW FIRM, LLC
(Plaintiff)

NUMBER C-748046 "24"

VS

**19TH JUDICIAL DISTRICT COURT**

NEWREZ, LLC
(Defendant)

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

I made service on the named party through the CORPORATION SERVICE COMPANY

TO:  NEWREZ, LLC
THROUGH ITS REGISTERED AGENT CORPORATION SERVICE COMPANY24
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE, LA 70801

by tendering a copy of this document to
Trula Brousseau

GREETINGS:

DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

   Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

   Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
   1. **21 DAYS** of the date you were served with the petition; **OR**
   2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

   If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **MAY 14, 2024**.



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: WHELEN, CHRISTOPHER T.**
*The following documents are attached:

**PETITION FOR DECLARATORY JUDGMENT AND DAMAGES**

**SERVICE INFORMATION:**

Received on the ____ day of _____, 20____ and on the ____ day of _____, 20____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:$_____
MILEAGE$_____
TOTAL: $_____

Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office
MAY 21 2024

EAST BATON ROUGE PARISH
Filed May 13, 2024 8:17 AM
Deputy Clerk of Court
E-File Received May 10, 2024 11:12 AM

C-748046

# 19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

NO.:                                                                                          DIVISION: " "

### HOUGHTALING LAW FIRM, LLC

vs.

### NEWREZ, LLC

FILED: _____            _____
                                                                        **DEPUTY CLERK**

## PETITION FOR DECLARATORY JUDGMENT AND DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, HOUGHTALING LAW FIRM, LLC, who, in support of its *Petition for Declaratory Judgment and Damages*, avers the following:

1.

The Petitioner is Houghtaling Law Firm, LLC, a Louisiana limited liability company domiciled in the Parish of Jefferson, State of Louisiana.

2.

Made Defendant herein is NewRez, LLC, a foreign limited liability company authorized to do and doing business within the State of Louisiana.

3.

This Court, as a court of general jurisdiction, has subject matter jurisdiction over this action. The Court has personal jurisdiction over NewRez because it regularly conducts business in the State of Louisiana.

4.

Venue is appropriate in this Court pursuant to Louisiana Code of Civil Procedure article 42 because NewRez's principal business establishment, as registered with the Louisiana Secretary of State, is in East Baton Rouge Parish.

5.

NewRez is justly and truly indebted to the Petitioner herein for damages reasonable in the

1

premises, together with legal interest thereon from the date of judicial demand until paid, and for costs in the proceedings, for following, to wit:

6.

Kerry Luminais owns a home located at 5409 Shamrops Drive, Kenner, LA 70065. At all times relevant to this proceeding, Mr. Luminais' mortgage was, and still is, serviced by NewRez.

7.

After his home was damaged by Hurricane Ida, Mr. Luminais retained Petitioner to represent him against his homeowners insurer, United Property and Casualty Insurance Company. The retainer agreement executed by Petitioner and Mr. Luminais provided that Petitioner would be paid a contingency fee plus reimbursement of costs should the representation result in payment from United Property and Casualty Insurance Company. Through Petitioner's efforts, a settlement was reached with United Property and Casualty Insurance Company, and a settlement check was issued payable to "Kerry Luminais, Londa Luminais, Newrez, LLC, Houghtaling Law Firm, LLC."

8.

NewRez did not play any role in obtaining the settlement funds on behalf of Mr. Luminais.

9.

After receiving the settlement check, Petitioner and Mr. Luminais endorsed the settlement check and presented it to NewRez which then deposited the settlement check and is in possession of the settlement funds.

10.

Pursuant to La. R.S. 37:218 and La. R.S. 9:5001, Petitioner has a "special privilege" for its attorney's fees and costs that takes "rank as a first privilege thereon, superior to all other privileges and security interests under Chapter 9 of the Louisiana Commercial laws." An unbroken line of precedent holds that Petitioner's privilege for its fees and costs outranks all other rights to the settlement funds, including that of mortgagees like NewRez. *See, e.g., Richards v. Louisiana Citizens Prop. Ins. Corp.*, 623 F.3d 241, 245-47 (5th Cir. 2010); *Irons v. U.S. Bank, Inc.*, 2007-0570 (La. App. 4 Cir. 8/14/07), 966 So.2d 646, 649-50.

2

11.

At the time Petitioner first sent the settlement check to NewRez and numerous times thereafter, Petitioner advised NewRez of its privilege and requested that NewRez send Petitioner its attorney's fees and costs due from the settlement check NewRez, even after being specifically advised of the above-reference statutes and case law, has continually refused to send Petitioner its fees and costs.

12.

Petitioner is entitled to a declaratory judgment holding that Petitioner's right to receive its attorney's fees and costs from the settlement funds outranks and is superior to any interest held by NewRez. Further, Petitioner is entitled to a judgment ordering NewRez to immediately remit to Petitioner the attorney's fees and costs due to Petitioner from the settlement check. Finally, NewRez's continued refusal to remit the attorney's fees and costs to Petitioner in violation of the law amounts to a conversion of the funds, and NewRez is liable to Petitioner for all damages caused by this conversion.

13.

WHEREFORE, Petitioner prays that the Defendant, NewRez be served with a copy of this Petition and be duly cited to appear and answer the same, and that after expiration of all legal delays and due proceedings, there be judgment rendered in favor of Petitioner and against Defendant:

a) Declaring that Petitioner's privilege for its attorney's fees and costs under La. R.S. 37:218 and La. R.S. 9:5001 outranks and is superior to any rights NewRez possesses in the settlement funds;

b) Directing NewRez to immediately pay to Petitioner the attorney's fees and costs due to Petitioner from the settlement check;

c) Awarding Petitioner all damages found due as a result of NewRez violation of Louisiana law and conversion of funds;

d) Awarding Petitioner legal interest on all sums found due from the date of judicial demand until fully paid;

e) Awarding Petitioner the attorney's fees, costs, and expenses incurred in this proceeding; and

f) For all other general and equitable relief.

Respectfully submitted,

HUBER THOMAS, LLP

*[signature]*

**STEPHEN M. HUBER, BAR NO. 24463**
**LOGAN E. SCHONEKAS, BAR NO. 35309**
**CHRISTOPHER T. WHELEN, BAR NO. 36079**
**TAYLOR M. BOLOGNA, BAR NO. 37594**
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
Telephone:    (504) 274-2500
Facsimile:    (504) 910-0838
ATTORNEYS FOR PLAINTIFF
Stephen@huberthomaslaw.com
Logan@huberthomaslaw.com
Christopher@huberthomaslaw.com
Taylor@huberthomaslaw.com

**PLEASE SERVE:**
NEWREZ, LLC
*Through its Registered Agent:*
CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE, LA 70801